**Opinion issued August 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00457-CV

_____

**KAWTHER KATEEB, Appellant**

**V.**

**SUGARLAND /FORT BEND REAL ESTATE, INC. D/B/A RE/MAX SOUTHWEST INC., HPW INVESTMENTS, INC., AIDA YOUNIS SAMAD AND IQBAL IKE SAMAD, Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-243453**

---

## MEMORANDUM OPINION

Appellees, Sugarland /Fort Bend Real Estate, Inc. d/b/a RE/MAX Southwest

Inc., HPW Investments, Inc., Aida Younis Samad and Iqbal Ike Samad, filed a joint

letter-motion to dismiss this appeal, stating that all parties have reached a settlement

as to all claims and that appellant wishes to dismiss her appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although appellees' joint letter-motion does not contain a certificate of conference and ten days has not yet passed, we conclude that good cause exists to suspend the normal operation of Rules 10.1 and 10.3 and construe appellees' letter-motion as an unopposed appellant's motion to dismiss. *See* TEX. R. APP. P. 2, 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.